IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | Case No. 2:20-cr-157 |
| vs. | Chief Judge Algenon L. Marbley |
| NICOLE GEORGES, | |
| Defendant. | |

## UNITED STATES' AMENDED EXHIBIT LIST

| Gov. Exhibit # | Bates # | Description |
|---|---|---|
| **100 SERIES – INSYS DOCUMENTATION** | | |
| 101 | | Georges Insys Employment Application |
| 102 | | Georges Insys SSP Employment Offer June 2014 |
| 103 | | Georges Insys District Sales Trainer Employment Offer December 2015 |
| 104 | | Georges Insys District Sales Manager Employment Offer September 2016 |
| 105 | | June 2014 Georges Training Documents |
| 106 | | Insys Compensation Policy |
| 107 | | 1501_INS 2385674 Payout Based on Paid Script Chart |
| 108 | | Georges Letter of Warning January 2018 |
| 109 | | Jimmy Henry Speaker Program Contract October 2014 |
| 110 | | Jimmy Henry Speaker Program Contract October 2015 |
| 111 | | Jimmy Henry Speaker Program Contract August 2016 |
| 112 | | Subsys Cell Decks |
| 113 | | 1/06/15 Insys Speaker Program Documentation (Shrewsbury) |
| 114 | | 1/21/15 Insys Speaker Program Documentation (Kaplansky) |
| 115 | | 1/29/15 Insys Speaker Program Documentation (multiple / Shrewsbury) |
| 116 | | 2/26/15 Insys Speaker Program Documentation (Shrewsbury) |
| 117 | | 4/02/15 Insys Speaker Program Documentation (MCMT–St. Anne's / Dine) |

| | | |
|---|---|---|
| 118 | | 5/01/15 Insys Speaker Program Documentation (Ohio Health Primary Care / Sage) |
| 119 | | 5/15/15 Insys Speaker Program Documentation (Buckeye / Kuriakose) |
| 120 | | 5/15/15 Insys Speaker Program Documentation (Pond) |
| 121 | | 5/27/15 Insys Speaker Program Documentation (Family Physicians of Gahanna) |
| 122 | | 5/29/15 Insys Speaker Program Documentation (Konold) |
| 123 | | 6/19/15 Insys Speaker Program Documentation (COPC / Gramann) |
| 124 | | 8/13/15 Insys Speaker Program Documentation (Family Physicians of Gahanna / Stathulius) |
| 125 | | 9/11/15 Insys Speaker Program Documentation (Arlington Mill / Ecker) |
| 126 | | 6/29/16 Insys Speaker Program Documentation (Regenerative Spine) |
| 127 | | 8/06/16 Insys Speaker Program Training in DC Documentation – Sign In Sheets & Training Agenda |
| 128 | | 0661_INS0000542 Insys Training Module – Compliance |
| 129 | | 0112_INS BOS 00289672 Subsys Monthly Top Writer Tracker Feb 2015 |
| 130 | | 2007-01_INS BOS 00325841 Subsys Sales by Week Chart Q3 '15 |
| 131 | | Couch Insys Documentation – Insys Module 4 Intro to Opioids |
| 132 | | INS-OH-00081207 Georges Email 11/21/2014 |
| 133 | | INS-OH-00081208 Georges Email 11/19/2014 |
| 134 | | Georges Email 11/05/14 with Attachment |
| 135 | | 0175_INS 1613026 Email re: ISP's, Sales Reps, Sales Initiatives |
| 136 | | 0199_INS 2341947 Email with Speaker Bureau Assessment Attachments |
| 137 | | Couch Insys Documentation – Chat / Text Messages |
| 138 | | Couch Insys Documentation – Email Communications & Speaker Event |
| 139 | | Couch Insys & Subsys Documentation |
| 140 | | Marinelli - Insys Documentation - Business Relationship Manager |
| 141 | | Marinelli - Insys Documentation - Incentive Compensation Policy |
| 142 | | Marinelli - Corporate Training Entry Quiz |
| | | |
| **200 SERIES – PATIENT DOCUMENTATION** | | |
| 201 | | Patient Charts Obtained from eClinicalWorks (ECW) |
| 202 | | ECW Patient Chart – M.C. - Encounters & Pt. Docs |
| 203 | | Paper Patient Chart – M.C. |
| 204 | | TIRF REMS Documentation – M.C. |
| 205 | | ECW Patient Chart – M.M. - Encounters & Pt. Docs |
| 206 | | TIRF REMS Documentation – M.M. |
| 207 | | ECW Patient Chart – A.L. - Encounters & Pt. Docs |
| 208 | | Paper Patient Chart – A.L. |

| | | |
|---|---|---|
| 209 | | TIRF REMS Documentation – A.L. |
| 210 | | ECW Patient Chart – P.K. - Encounters & Pt. Docs |
| 211 | | Paper Patient Chart – P.K. |
| 212 | | TIRF REMS Documentation – P.K. |
| 213 | | ECW Patient Chart – S.W. - Encounters & Pt. Docs |
| 214 | | TIRF REMS Documentation – S.W. |
| 215 | | ECW Patient Chart – T.Y. - Encounters & Pt. Docs |
| 216 | | TIRF REMS Documentation – T.Y. |
| 217 | | ECW Patient Chart – L.B. – Encounters & Pt. Docs. |
| 218 | | TIRF REMS Documentation – L.B. |
| 219 | | ECW Patient Chart – M.G. – Encounters & Pt. Docs. |
| 220 | | TIRF REMS Documentation – M.G. |
| 221 | | ECW Patient Chart – C.B. – Encounters & Pt. Docs. |
| 222 | | Paper Patient Chart – C.B. |
| 223 | | TIRF REMS Documentation – C.B. |
| 224 | | ECW Patient Chart – D.M. – Encounters & Pt. Docs. |
| 225 | | Paper Patient Chart – D.M. |
| 226 | | TIRF REMS Documentation – D.M. |
| 227 | | ECW Patient Chart – S.D. – Encounters & Pt. Docs. |
| 227 | | Paper Patient Chart – S.D. |
| 228 | | TIRF REMS Documentation – S.D. |
| 229 | | ECW Patient Chart – M.P. – Encounters & Pt. Docs. |
| 230 | | TIRF REMS Documentation – M.P. |
| 231 | | ECW Patient Chart – C.M. – Encounters & Pt. Docs. |
| 232 | | TIRF REMS Documentation – C.M. |
| 233 | | TIRF REMS Documentation – All Midwest Patients |
| 234 | | Expert Report – Dr. John W. Hill, M.D. |
| 235 | | Federal Rule of Evidence 902(11) Business Records Affidavit – TIRF REMS Documentation |
| | | |
| | | **300 SERIES – PRESCRIPTION INFORMATION** |
| 301 | | Jimmy Henry OARRS |
| 302 | | State of Ohio Board of Pharmacy Review – Jimmy Henry OARRS |
| 303 | | Felicia Ciamacco OARRS |
| 304 | | State of Ohio Board of Pharmacy Review – Subsys Prescribing from Midwest |
| 305 | | All Prescriptions – M.C. |
| 306 | | M.C. Subsys Prescription 12/15/2014 (200 mcg) |
| 307 | | M.C. Subsys Prescription 12/15/2014 (800 mcg) |

| | | |
|---|---|---|
| 308 | | M.C. Subsys Prescription 10/17/2016 |
| 309 | | M.C. Subsys Prescription 1/9/2017 |
| 310 | | M.C. Subsys Prescription 3/20/2017 |
| 311 | | All Prescriptions – M.M. |
| 312 | | M.M. Subsys Prescription 10/15/2015 |
| 313 | | M.M. Subsys Prescription 11/16/2015 |
| 314 | | M.M. Subsys Prescription 2/2/2016 |
| 315 | | M.M. Subsys Prescription 4/19/2016 |
| 316 | | All Prescriptions – A.L. |
| 317 | | A.L. Subsys Prescription 2/24/2015 |
| 318 | | A.L. Subsys Prescription 3/10/2015 |
| 319 | | A.L. Subsys Prescription 7/25/2016 |
| 320 | | A.L. Subsys Prescription 4/6/2017 |
| 321 | | All Prescriptions – C.B. |
| 322 | | C.B. Subsys Prescription 10/13/2015 |
| 323 | | All Prescriptions – M.G. |
| 324 | | Federal Rule of Evidence 902(11) Business Records Affidavit – Linden Care Pharmacy Prescriptions |
| | | |
| | | **400 SERIES – HEALTH CARE BENEFIT PROGRAM DOCUMENTATION** |
| 401 | | Medicare – Part D Data |
| 402 | | Medicare – Impact Calculations – Part D (0714) |
| 403 | | Medicare – Impact Calculations – Part D (0827) |
| 404 | | Summary Chart – Impact Calculations – Part D |
| 405 | | Ohio Medicaid – Prescription Drug Claim Data |
| | | |
| | | **500 SERIES – REGULATIONS & EDUCATION** |
| 501 | | FDA Approval – Subsys January 2012 |
| 502 | | Subsys Black Box Warning |
| 503 | | Subsys Promotional Folder |
| 504 | | Code of Federal Regulations - CSA |
| 505 | | Medicare Reimbursement Formulary - Subsys |
| 506 | | Medicare Prescription Drug Benefit Manual |
| 507 | | Ohio Medicaid Reimbursement Formulary - Subsys |
| 508 | | Ohio Medicaid Prescription Drug Reimbursement Documentation |
| | | |
| | | **600 SERIES – FINANCIAL DOCUMENTATION** |
| 601 | | Jimmy Henry PNC Bank Documentation |
| 602 | | Summary Chart – Jimmy Henry PNC Bank Payments from Plan365 |

| | | |
|---|---|---|
| 603 | | Plan365 TowneBank Bank Documentation |
| 604 | | Plan365 First Citizen's Bank Documentation |
| 605 | | |
| 606 | | |
| 607 | | Plan365 Check # 28571 (1/7/2015 – Hudson 29 1/6/2015) |
| 608 | | Plan365 Check # 28929 (1/26/2015 – Kaplansky 1/21/2015) |
| 609 | | Plan365 Check # 29050 (2/2/2015 – Lindey's 1/29/2015) |
| 610 | | Plan365 Check # 29592 (3/2/2015 – J. Alexander's 2/26/2015) |
| 611 | | Plan365 Check # 30206 (4/6/2015 – MCMT 4/2/2015) |
| 612 | | Plan365 Check # 31004 (5/5/2015 – Darby Creek 5/1/2015) |
| 613 | | Plan365 Check # 31387 (5/21/2015 – Buckeye 5/15/2015) |
| 614 | | Plan365 Check # 31366 (5/19/2015 – Pond 5/15/2015) |
| 615 | | Plan365 Check # 31706 (6/2/2015 – Family Physicians 5/27/2015) |
| 616 | | Plan365 Check # 31713 (6/2/2015 – Dr. Konold 5/29/2015) |
| 617 | | Plan365 Check # 32443 (7/1/2015 – COPC Knightsbridge 6/19/2015) |
| 618 | | Plan365 Check # 33231 (8/17/2015 – Family Physicians 8/13/2015) |
| 619 | | Plan365 Check # 33732 (9/16/2015 – COPC Arlington Mill Run 9/11/2015) |
| 620 | | Georges Fifth Third Bank Documentation |
| 621 | | Summary Chart – Nicole Georges Bonuses from Insys |
| 622 | | Federal Rule of Evidence 902(11) Business Records Affidavit for Plan365 TowneBank Records |
| 623 | | Federal Rule of Evidence 902(11) Business Records Affidavit for Plan365 First Citizen's Records |
| 624 | | Federal Rule of Evidence 902(11) Business Records Affidavit for Fifth Third Bank Records |
| | | |
| **700 SERIES – MIDWEST RECORDS** | | |
| 701 | | CMS Medicare Provider Agreement – Henry & Midwest Spine |
| 702 | | |
| 703 | | Medicaid Provider Agreement – Henry |
| 704 | | Medicaid Provider Agreement – Midwest Spine |
| 705 | | Medical Licensure – Jimmy Henry |
| 706 | | DEA Registration – Jimmy Henry |
| 707 | | Physician's Assistant Licensure – Felicia Ciamacco |
| 708 | | DEA Registration – Felicia Ciamacco |
| 709 | | Midwest Spine and Pain LLC Business Documentation |
| 710 | | Handwritten Subsys Documentation from Felicia Ciamacco |
| 711 | | Blank Subsys PA & Referral Form from Felicia Ciamacco |

| 712 | | Blank Subsys Patient Consent Form from Felicia Ciamacco |
| 713 | | ER/LA Opioid Anagesics REMS Information Sheet from Felicia Ciamacco |
| 714 | | Avella Specialty Pharmacy Flyer from Felicia Ciamacco |
| | | |
| 800 SERIES – INVESTIGATIVE DOCUMENTATION ||| 
| 801 | | Open Payments Documentation – Jimmy Henry |
| 802 | | Photographic Lineup – A.L. |
| 803 | | Statement of Facts – Jimmy Henry Plea Agreement |
| 804 | | Georges Verizon Subscriber Information |

The United States reserves the right to supplement or amend its exhibit list.

Respectfully submitted,

/s/*Christopher Jason*
Christopher Jason
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
303 Marconi Boulevard, # 200
Columbus, OH 43215
Telephone: (202) 262-6438
Christopher.jason@usdoj.gov

/s/*Katherine Pridemore*
Katherine Pridemore
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
303 Marconi Boulevard, # 200
Columbus, OH 43215
Telephone: (202) 875-1551
Katherine.e.pridemore@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2021, I electronically filed the United States' Amended Exhibit List, using the CM/ECF system, which will send notification of such filing to counsel for the Defendant on September 1, 2021.

> _/ s/Christopher Jason_
> Christopher Jason
> Trial Attorney
> Fraud Section, Criminal Division
> U.S. Department of Justice
> 303 Marconi Boulevard, # 200
> Columbus, OH 43215
> Telephone: (202) 262-6438
> Christopher.jason@usdoj.gov